**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DALTON P. WEYAND, JR.<br><br>          Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>     vs.<br>DALTON P. WEYAND, JR.<br><br>          Respondents | Case No. 11-24394CMB<br><br>Chapter 13<br><br>Document No. 121 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  27th  day of  July , 20 16, it is hereby ORDERED, ADJUDGED, and DECREED that,

Snyder Associated Co Inc
Attn: Payroll Manager
Pob 1022
Kittanning, PA 16201

is hereby ordered to immediately terminate the attachment of the wages of DALTON P. WEYAND, JR., social security number XXX-XX-9168. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DALTON P. WEYAND, JR..

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_
jah
UNITED STATES BANKRUPTCY JUDGE

FILED
7/28/16 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 11-24394-CMB
Dalton P. Weyand                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel            Page 1 of 1            Date Rcvd: Jul 28, 2016
                                Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
db            +Dalton P. Weyand, Jr.,   116 Pine Street,   Butler, PA 16001-4152
              +Snyder Associated Co., Inc.,   Attention Payroll Manager,   PO Box 1022,
                Kittanning, PA 16201-5022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Beal Bank S.S.B. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dennis M. Sloan    on behalf of Debtor Dalton P. Weyand, Jr. sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 4