**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dalton P. Weyand Jr.
aka Skip Weyand**
   Debtor(s)

Bankruptcy Case No.: 11−24394−CMB
Related To Docket No. 125
Chapter: 13
Docket No.: 126 − 125

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 30th day of August, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/3/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/19/16 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/3/16.**

                                                         Carlota M. Bohm
                                                         United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                    Case No. 11-24394-CMB
Dalton P. Weyand                                                                          Chapter 13
          Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                    Date Rcvd: Aug 30, 2016
                              Form ID: 408                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db             +Dalton P. Weyand, Jr.,    116 Pine Street,    Butler, PA 16001-4152
13132523       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
                 Arlington, TX 76096)
13146453       +American Express,    PO Box 1270,   Newark, NJ 07101-1270
13146455       +American Express,    PO Box 105278,   Atlanta, GA 30348-5278
13146454       +American Express,    PO Box 297858,   Fort Lauderdale, FL 33329-7858
13146452       +American Express,    PO Box 981540,   El Paso, TX 79998-1540
13226611        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146458       +Andrew F. Gornall, Esq.,    Goldbeck McCafferty & McKeever,    701 Market Street Ste 5000,
                 Philadelphia, PA 19106-1541
13122178       +Beal Bank,    7195 Dallas Parkway,   Plano, TX 75024-4922
13146461       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     PO Box 85015,   Richmond, VA   23285)
13146462       +Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13206565        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
13146463       +Danielle Whitmire,    116 Pine Street,   Butler, PA 16001-4152
13146464       +David J Apothaker, Esq,   Apothaker & Associates, P.C.,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13150712        Dovenmuehle Mortgage, Inc.,    1 Corporate Center Drive, Suite 360,
                 Attn: Bankruptcy Department,    Lake Zurich, IL 60047
13122179       +Goldbeck McCafferty & McKeever,    701 Market Street STE 5000,    Mellon Independence Center,
                 Philadelphia, PA 19106-1541
13146468       +HSBC Bank Nevada NA,    1111 Town Center Dr.,   Las Vegas, NV 89144-6364
13146467       +Hayt, Hayt & Landau, LLC,    123 S. Broad Street,   Suite 1660,    Philadelphia, PA 19109-1003
13146470       +MGC Mortgage, Inc.,    1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
13132137       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146472       +Midland Credit Managment,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146473       +Midland Funding, LLC,    227 W Trade Street,   Suite 1610,   Charlotte, NC 28202-1676
13146475       +Nationwide Credit, Inc.,    PO Box 740640,   Atlanta, GA 30374-0640
13146478       +Northland Group Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
13243945       +Peoples TWP LLC,    205 North Main Street,   Butler PA 16001-4904
13146481       +Professional Recovery Services,    PO Box 1880,   Voorhees, NJ 08043-7880
13146485       +The Bureaus Inc.,    PO Box 809323,   Chicago, IL 60680-9323
13146487       +Weltman Weinberg & Reis Co LPA,    1400 Koppers Building,    436 7th Avenue,
                 Pittsburgh, PA 15219-1842
13146488        Weltman Weinberg & Reis Co LPA,    PO Box 93596,   Columbus, OH   43215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2016 02:02:48
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13146460       +E-mail/Text: cms-bk@cms-collect.com Aug 31 2016 01:47:37      Capital Management Services LP,
                 726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
13146466       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 01:53:59     GE Money Bank/Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
13146469       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2016 01:52:52       LVNV Funding LLC,
                 PO Box 740281,    Houston, TX 77274-0281
13230966        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2016 01:52:52       LVNV Funding LLC,
                 Resurgent Capital Services,     PO Box 10587,   Greenville, SC 29603-0587
13146471       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 31 2016 01:47:57     Midland Credit Management, Inc,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13146476       +E-mail/Text: egssupportservices@egscorp.com Aug 31 2016 01:48:14      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2368
13146477       +E-mail/Text: bankruptcydepartment@tsico.com Aug 31 2016 01:48:37      NCO Financial Systems,
                 PO Box 15773,    Wilmington, DE 19850-5773
13146479        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 01:47:50      PA Department of Revenue,
                 Bankruptcy Review Section,     PO Box 280946,   Harrisburg, PA  17128-0946
13198019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 01:53:50
                 Portfolio Recovery Associates, LLC,     PO Box 12914,   Norfolk VA 23541
13146480       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 01:52:46
                 Portfolio Recovery Associates,     140 Corporate Blvd,   Norfolk, VA 23502-4952
13165441        E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2016 02:02:48
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13146483       +E-mail/PDF: jamiep@simmassociates.com Aug 31 2016 01:53:48      Simm Associates, Inc.,
                 PO Box 7526,    Newark, DE 19714-7526
13146482       +E-mail/PDF: jamiep@simmassociates.com Aug 31 2016 01:53:48      Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
13122180       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 31 2016 01:47:57      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13146489       +E-mail/Text: BKRMailOps@weltman.com Aug 31 2016 01:48:05     Weltman Weinberg & Reis Co LPA,
                 175 South 3rd St., STE 900,     Columbus, OH 43215-5166
```

```
District/off: 0315-2          User: jhel              Page 2 of 2             Date Rcvd: Aug 30, 2016
                              Form ID: 408            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13146490        +E-mail/Text: BKRMailOps@weltman.com Aug 31 2016 01:48:06      Weltman Weinberg & Reis Co.,
                 PO Box 5430,    Cleveland, OH 44101-0430
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Beal Bank S.S.B.
cr*             ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                   Arlington, TX   76096)
13146456*       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit,    PO Box 78143,    Phoenix, AZ   85062)
13146457*       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services,    PO Box 183853,
                   Arlington, TX   76096)
13231143*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13231144*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146459*       +Beal Bank,    7195 Dallas Parkway,    Plano, TX 75024-4922
13146486*       +U. S. Trustee's Office,    1001 Liberty Ave.,    Liberty Center,    Suite 970,
                 Pittsburgh, PA 15222-3721
13146465        ##+Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13146474        ##+Nationwide Credit Inc.,    2002 Summit Blvd. Suite 600,    Atlanta, GA 30319-1559
13146484        ##+The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                   TOTALS: 1, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Beal Bank S.S.B. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dennis M. Sloan    on behalf of Debtor Dalton P. Weyand, Jr. sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```