**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DALTON P. WEYAND, JR.

       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
     vs.
No Repondents.

Case No.:11-24394

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/12/2011 and confirmed on 9/14/11. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,178.00 |
| Less Refunds to Debtor | 501.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,676.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,524.00 | |
|    Trustee Fee | 2,088.40 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,612.40 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AMERICREDIT FNCL SVCS INC* | 0.00 | 18,443.96 | 0.00 | 18,443.96 |
|     Acct: XXXXXXX1987 | | | | |
|   BEAL BANK SSB | 0.00 | 20,612.02 | 0.00 | 20,612.02 |
|     Acct: 9417 | | | | |
|   BEAL BANK SSB | 13,007.90 | 13,007.90 | 0.00 | 13,007.90 |
|     Acct: 9417 | | | | |
| | | | | 52,063.88 |
| **Priority** | | | | |
|   DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALTON P. WEYAND, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALTON P. WEYAND, JR. | 501.72 | 501.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SLOAN & ASSOCIATES PC | 1,874.00 | 1,874.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SLOAN & ASSOCIATES PC | 5,650.00 | 5,650.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-13 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 4,456.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 1003 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 13,012.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 1004 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 9,383.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 3004 | | | | |
|   CAPITAL ONE BANK NA** | 11,850.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 4830 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 3,500.94 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX1092 | | | | |
|   LVNV FUNDING LLC | 4,451.37 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7820 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 27,194.14 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX3052 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX2011 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 6,312.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 8100 | | | | |
| | CAPITAL ONE BANK NA** | 7,462.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 1017 | | | | |
| | PEOPLES TWP LLC* | 184.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 8005 | | | | |
| | AMERICREDIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECOVERY MGT SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                                                                                      52,063.88

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 13,007.90 |
| SECURED | 87,808.54 |

Date: 08/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   DALTON P. WEYAND, JR.<br><br>            Debtor(s)<br><br>   Ronda J. Winnecour<br>           Movant<br>            vs.<br>   No Repondents. | Case No.:11-24394<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 11-24394-CMB
Dalton P. Weyand                                                    Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2         User: jhel                  Page 1 of 2                  Date Rcvd: Aug 30, 2016
                             Form ID: pdf900             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db             +Dalton P. Weyand, Jr.,    116 Pine Street,    Butler, PA 16001-4152
13132523      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX 76096)
13146453       +American Express,   PO Box 1270,    Newark, NJ 07101-1270
13146455       +American Express,   PO Box 105278,    Atlanta, GA 30348-5278
13146454       +American Express,   PO Box 297858,    Fort Lauderdale, FL 33329-7858
13146452       +American Express,   PO Box 981540,    El Paso, TX 79998-1540
13226611        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146458       +Andrew F. Gornall, Esq.,    Goldbeck McCafferty & McKeever,    701 Market Street Ste 5000,
                Philadelphia, PA 19106-1541
13122178       +Beal Bank,   7195 Dallas Parkway,    Plano, TX 75024-4922
13146461      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85015,    Richmond, VA  23285)
13146462       +Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13206565        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
13146463       +Danielle Whitmire,   116 Pine Street,    Butler, PA 16001-4152
13146464       +David J Apothaker, Esq,    Apothaker & Associates, P.C.,    520 Fellowship Road C306,
                Mount Laurel, NJ 08054-3410
13150712        Dovenmuehle Mortgage, Inc.,    1 Corporate Center Drive, Suite 360,
                Attn: Bankruptcy Department,    Lake Zurich, IL 60047
13122179       +Goldbeck McCafferty & McKeever,    701 Market Street STE 5000,    Mellon Independence Center,
                Philadelphia, PA 19106-1541
13146468       +HSBC Bank Nevada NA,    1111 Town Center Dr.,    Las Vegas, NV 89144-6364
13146467       +Hayt, Hayt & Landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13146470       +MGC Mortgage, Inc.,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
13132137       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146472       +Midland Credit Managment,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146473       +Midland Funding, LLC,    227 W Trade Street,    Suite 1610,    Charlotte, NC 28202-1676
13146475       +Nationwide Credit, Inc.,    PO Box 740640,    Atlanta, GA 30374-0640
13146478       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13243945       +Peoples TWP LLC,    205 North Main Street,    Butler PA 16001-4904
13146481       +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
13146485       +The Bureaus Inc.,    PO Box 809323,    Chicago, IL 60680-9323
13146487       +Weltman Weinberg & Reis Co LPA,    1400 Koppers Building,    436 7th Avenue,
                Pittsburgh, PA 15219-1842
13146488        Weltman Weinberg & Reis Co LPA,    PO Box 93596,    Columbus, OH 43215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2016 02:03:03
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13146460       +E-mail/Text: cms-bk@cms-collect.com Aug 31 2016 01:47:37      Capital Management Services LP,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13146466       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:02:27      GE Money Bank/Lowes,
                PO Box 965005,   Orlando, FL 32896-5005
13146469       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2016 01:52:54      LVNV Funding LLC,
                PO Box 740281,   Houston, TX 77274-0281
13230966        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2016 01:53:28      LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13146471       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 31 2016 01:47:57      Midland Credit Management, Inc,
                PO Box 60578,   Los Angeles, CA 90060-0578
13146476       +E-mail/Text: egssupportservices@egscorp.com Aug 31 2016 01:48:14      NCO Financial,
                507 Prudential Road,    Horsham, PA 19044-2368
13146477       +E-mail/Text: bankruptcydepartment@tsico.com Aug 31 2016 01:48:37      NCO Financial Systems,
                PO Box 15773,   Wilmington, DE 19850-5773
13146479        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 01:47:50      PA Department of Revenue,
                Bankruptcy Review Section,    PO Box 280946,    Harrisburg, PA  17128-0946
13198019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 01:53:52
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13146480       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 02:09:47
                Portfolio Recovery Associates,    140 Corporate Blvd,    Norfolk, VA 23502-4952
13165441        E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2016 02:02:30
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13146483       +E-mail/PDF: jamiep@simmassociates.com Aug 31 2016 01:53:48      Simm Associates, Inc.,
                PO Box 7526,   Newark, DE 19714-7526
13146482       +E-mail/PDF: jamiep@simmassociates.com Aug 31 2016 01:53:48      Simm Associates, Inc.,
                800 Pencader Drive,    Newark, DE 19702-3354
13122180       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 31 2016 01:47:57      U. S. Trustee's Office,
                1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13146489       +E-mail/Text: BKRMailOps@weltman.com Aug 31 2016 01:48:06      Weltman Weinberg & Reis Co LPA,
                175 South 3rd St., STE 900,    Columbus, OH 43215-5166
```

```
District/off: 0315-2          User: jhel                 Page 2 of 2                   Date Rcvd: Aug 30, 2016
                              Form ID: pdf900            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13146490         +E-mail/Text: BKRMailOps@weltman.com Aug 31 2016 01:48:06      Weltman Weinberg & Reis Co.,
                  PO Box 5430,   Cleveland, OH 44101-0430
                                                                                             TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Beal Bank S.S.B.
cr*            ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
                  Arlington, TX  76096)
13146456*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit,   PO Box 78143,   Phoenix, AZ  85062)
13146457*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services,   PO Box 183853,
                  Arlington, TX  76096)
13231143*        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13231144*        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13146459*       +Beal Bank,   7195 Dallas Parkway,    Plano, TX 75024-4922
13146486*       +U. S. Trustee's Office,   1001 Liberty Ave.,    Liberty Center,   Suite 970,
                  Pittsburgh, PA 15222-3721
13146465       ##+Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,   Scranton, PA 18504-9701
13146474       ##+Nationwide Credit Inc.,    2002 Summit Blvd. Suite 600,   Atlanta, GA 30319-1559
13146484       ##+The Bureaus Inc.,   1717 Central Street,    Evanston, IL 60201-1507
                                                                                   TOTALS: 1, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Beal Bank S.S.B. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dennis M. Sloan    on behalf of Debtor Dalton P. Weyand, Jr. sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```