**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Bankr. No. 11-24394-CMB |
| | : | |
| **DALTON P. WEYAND, JR.,** | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtor | : | Related to Documents No. 125, 126 |
| | : | Hearing: 10/19/2016 @ 10:00 AM |
| | : | |
| | : | |
| RONDA J. WINNECOUR | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENTS | : | |

**CERTIFICATE OF SERVICE OF**
**ORDER SETTING DATE CERTAIN FOR RESPONSE AND HEARING ON MOTION TOGETHER WITH CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS UPON NATIONWIDE CREDIT, INC.**

I hereby certify that I served or caused to be served on this 14th day of September, 2016, a true and correct copy of the Order Setting Date Certain for Response and Hearing on Motion Together with Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements upon Nationwide Credit, Inc., via United States mail, first class, postage prepaid, upon:

Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314

Respectfully submitted,
/s/ Dennis M. Sloan
Dennis M. Sloan
Attorney for Debtor
SLOAN & ASSOCIATES, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net