| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Dalton P. Weyand Jr.**  First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9168**  EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing):  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **11–24394–CMB** | |

# Order of Discharge                                                                                        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Dalton P. Weyand Jr.
    aka Skip Weyand

<u>10/12/16</u>                                                    **By the court:**   <u>Carlota M. Bohm</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24394-CMB
Dalton P. Weyand                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: 3180W          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
```
db             +Dalton P. Weyand, Jr.,    116 Pine Street,    Butler, PA 16001-4152
13146455       +American Express,    PO Box 105278,    Atlanta, GA 30348-5278
13146458       +Andrew F. Gornall, Esq.,    Goldbeck McCafferty & McKeever,    701 Market Street Ste 5000,
                 Philadelphia, PA 19106-1541
13122178       +Beal Bank,   7195 Dallas Parkway,    Plano, TX 75024-4922
13146463       +Danielle Whitmire,    116 Pine Street,    Butler, PA 16001-4152
13146464       +David J Apothaker, Esq,    Apothaker & Associates, P.C.,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13150712        Dovenmuehle Mortgage, Inc.,    1 Corporate Center Drive, Suite 360,
                 Attn: Bankruptcy Department,    Lake Zurich, IL 60047
13122179       +Goldbeck McCafferty & McKeever,    701 Market Street STE 5000,    Mellon Independence Center,
                 Philadelphia, PA 19106-1541
13146467       +Hayt, Hayt & Landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13146470       +MGC Mortgage, Inc.,    1 Corporate Drive,   Suite 360,    Lake Zurich, IL 60047-8945
13132137       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146472       +Midland Credit Managment,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146473       +Midland Funding, LLC,    227 W Trade Street,    Suite 1610,    Charlotte, NC 28202-1676
13146475        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
13146478       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13243945       +Peoples TWP LLC,    205 North Main Street,    Butler PA 16001-4904
13146481       +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
13146485       +The Bureaus Inc.,    PO Box 809323,    Chicago, IL 60680-9323
13146487       +Weltman Weinberg & Reis Co LPA,    1400 Koppers Building,    436 7th Avenue,
                 Pittsburgh, PA 15219-1842
13146488        Weltman Weinberg & Reis Co LPA,    PO Box 93596,    Columbus, OH 43215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:30:02      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Oct 13 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
13146456        EDI: PHINAMERI.COM Oct 13 2016 02:03:00      Americredit,    PO Box 78143,    Phoenix, AZ 85062
13132523        EDI: PHINAMERI.COM Oct 13 2016 02:03:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,    Arlington, TX 76096
13146452       +EDI: AMEREXPR.COM Oct 13 2016 02:03:00      American Express,    PO Box 981540,
                 El Paso, TX 79998-1540
13146454       +EDI: AMEREXPR.COM Oct 13 2016 02:03:00      American Express,    PO Box 297858,
                 Fort Lauderdale, FL 33329-7858
13146453       +EDI: AMEREXPR.COM Oct 13 2016 02:03:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
13226611        EDI: BECKLEE.COM Oct 13 2016 02:03:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13146461        EDI: CAPITALONE.COM Oct 13 2016 02:03:00      Capital One,    PO Box 85015,    Richmond, VA 23285
13146460       +E-mail/Text: cms-bk@cms-collect.com Oct 13 2016 02:29:49      Capital Management Services LP,
                 726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
13146462       +EDI: CAPITALONE.COM Oct 13 2016 02:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13206565        EDI: CAPITALONE.COM Oct 13 2016 02:03:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
13146466       +EDI: RMSC.COM Oct 13 2016 02:03:00      GE Money Bank/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
13146468       +EDI: HFC.COM Oct 13 2016 02:03:00      HSBC Bank Nevada NA,    1111 Town Center Dr.,
                 Las Vegas, NV 89144-6364
13146469       +EDI: RESURGENT.COM Oct 13 2016 02:03:00      LVNV Funding LLC,    PO Box 740281,
                 Houston, TX 77274-0281
13230966        EDI: RESURGENT.COM Oct 13 2016 02:03:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13146471       +EDI: MID8.COM Oct 13 2016 02:03:00      Midland Credit Management, Inc,    PO Box 60578,
                 Los Angeles, CA 90060-0578
13146476       +E-mail/Text: egssupportservices@egscorp.com Oct 13 2016 02:31:11      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2368
13146477       +E-mail/Text: bankruptcydepartment@tsico.com Oct 13 2016 02:31:39      NCO Financial Systems,
                 PO Box 15773,    Wilmington, DE 19850-5773
13146479        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:30:02      PA Department of Revenue,
                 Bankruptcy Review Section,    PO Box 280946,    Harrisburg, PA 17128-0946
13198019        EDI: PRA.COM Oct 13 2016 02:03:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13146480       +EDI: PRA.COM Oct 13 2016 02:03:00      Portfolio Recovery Associates,    140 Corporate Blvd,
                 Norfolk, VA 23502-4952
13165441        EDI: RECOVERYCORP.COM Oct 13 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13146483       +E-mail/PDF: clerical@simmassociates.com Oct 13 2016 02:25:37      Simm Associates, Inc.,
                 PO Box 7526,    Newark, DE 19714-7526
```

```
District/off: 0315-2           User: culy                  Page 2 of 2                  Date Rcvd: Oct 12, 2016
                               Form ID: 3180W              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13146482       +E-mail/PDF: clerical@simmassociates.com Oct 13 2016 02:25:37      Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
13122180       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 13 2016 02:30:50      U. S. Trustee’s Office,
                 1001 Liberty Ave.,    Liberty Center,   Suite 970,    Pittsburgh, PA 15222-3721
13146489       +E-mail/Text: BKRMailOps@weltman.com Oct 13 2016 02:31:01      Weltman Weinberg & Reis Co LPA,
                 175 South 3rd St., STE 900,    Columbus, OH 43215-5166
13146490       +E-mail/Text: BKRMailOps@weltman.com Oct 13 2016 02:31:01      Weltman Weinberg & Reis Co.,
                 PO Box 5430,    Cleveland, OH 44101-0430
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beal Bank S.S.B.
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
13146457*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services,    PO Box 183853,
                 Arlington, TX  76096)
13231143*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13231144*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146459*      +Beal Bank,    7195 Dallas Parkway,   Plano, TX 75024-4922
14289518*       Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA  18002-6314
13146486*      +U. S. Trustee’s Office,    1001 Liberty Ave.,   Liberty Center,    Suite 970,
                 Pittsburgh, PA 15222-3721
13146465       ##+Edwin A. Abrahamsen & Assoc.,   120 North Keyser Avenue,    Scranton, PA 18504-9701
13146474       ##+Nationwide Credit Inc.,   2002 Summit Blvd. Suite 600,    Atlanta, GA 30319-1559
13146484       ##+The Bureaus Inc.,   1717 Central Street,   Evanston, IL 60201-1507
                                                                                   TOTALS: 1, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Beal Bank S.S.B. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dennis M. Sloan    on behalf of Debtor Dalton P. Weyand, Jr. sloanassoc@zoominternet.net,
           dsloan@sloanassoc.com
          Joshua I. Goldman    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```