# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DALTON P. WEYAND, JR.

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-24394

Chapter 13

Document No.: 125

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __12th__ day of __October__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*   dmr
U.S. BANKRUPTCY JUDGE

FILED
10/12/16 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 11-24394-CMB
Dalton P. Weyand                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Oct 12, 2016
                              Form ID: pdf900             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db             +Dalton P. Weyand, Jr.,    116 Pine Street,    Butler, PA 16001-4152
13132523      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,      PO Box 183853,
                 Arlington, TX 76096)
13146453       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
13146455       +American Express,    PO Box 105278,    Atlanta, GA 30348-5278
13146452       +American Express,    PO Box 981540,    El Paso, TX 79998-1540
13146454       +American Express,    PO Box 297858,    Fort Lauderdale, FL 33329-7858
13226611        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146458       +Andrew F. Gornall, Esq.,    Goldbeck McCafferty & McKeever,     701 Market Street Ste 5000,
                 Philadelphia, PA 19106-1541
13122178       +Beal Bank,    7195 Dallas Parkway,    Plano, TX 75024-4922
13146461      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285)
13146462       +Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
13206565        Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
13146463       +Danielle Whitmire,    116 Pine Street,    Butler, PA 16001-4152
13146464       +David J Apothaker, Esq,    Apothaker & Associates, P.C.,     520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13150712        Dovenmuehle Mortgage, Inc.,     1 Corporate Center Drive, Suite 360,
                 Attn: Bankruptcy Department,     Lake Zurich, IL 60047
13122179       +Goldbeck McCafferty & McKeever,     701 Market Street STE 5000,    Mellon Independence Center,
                 Philadelphia, PA 19106-1541
13146468       +HSBC Bank Nevada NA,    1111 Town Center Dr.,    Las Vegas, NV 89144-6364
13146467       +Hayt, Hayt & Landau, LLC,     123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13146470       +MGC Mortgage, Inc.,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
13132137       +Midland Credit Management, Inc.,     2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13146472       +Midland Credit Managment,    2365 Northside Drive, Suite 300,     San Diego, CA 92108-2709
13146473       +Midland Funding, LLC,    227 W Trade Street,     Suite 1610,    Charlotte, NC 28202-1676
13146475        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
13146478       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13243945       +Peoples TWP LLC,    205 North Main Street,    Butler PA 16001-4904
13146481       +Professional Recovery Services,     PO Box 1880,    Voorhees, NJ 08043-7880
13146485       +The Bureaus Inc.,    PO Box 809323,    Chicago, IL 60680-9323
13146487       +Weltman Weinberg & Reis Co LPA,     1400 Koppers Building,    436 7th Avenue,
                 Pittsburgh, PA 15219-1842
13146488        Weltman Weinberg & Reis Co LPA,     PO Box 93596,    Columbus, OH 43215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2016 02:25:41
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13146460       +E-mail/Text: cms-bk@cms-collect.com Oct 13 2016 02:29:49     Capital Management Services LP,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13146466       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:26:53     GE Money Bank/Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
13146469       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2016 02:25:44     LVNV Funding LLC,
                 PO Box 740281,    Houston, TX 77274-0281
13230966        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2016 02:27:02     LVNV Funding LLC,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
13146471       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2016 02:30:50     Midland Credit Management, Inc,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13146476       +E-mail/Text: egssupportservices@egscorp.com Oct 13 2016 02:31:11     NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2368
13146477       +E-mail/Text: bankruptcydepartment@tsico.com Oct 13 2016 02:31:42     NCO Financial Systems,
                 PO Box 15773,    Wilmington, DE 19850-5773
13146479        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:30:17     PA Department of Revenue,
                 Bankruptcy Review Section,    PO Box 280946,    Harrisburg, PA 17128-0946
13198019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:26:32
                 Portfolio Recovery Associates, LLC,     PO Box 12914,    Norfolk VA 23541
13146480       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2016 02:26:45
                 Portfolio Recovery Associates,    140 Corporate Blvd,    Norfolk, VA 23502-4952
13165441        E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2016 02:26:59
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13146483       +E-mail/PDF: clerical@simmassociates.com Oct 13 2016 02:25:37     Simm Associates, Inc.,
                 PO Box 7526,    Newark, DE 19714-7526
13146482       +E-mail/PDF: clerical@simmassociates.com Oct 13 2016 02:25:37     Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
13122180       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 13 2016 02:30:50     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13146489       +E-mail/Text: BKRMailOps@weltman.com Oct 13 2016 02:31:02     Weltman Weinberg & Reis Co LPA,
                 175 South 3rd St., STE 900,    Columbus, OH 43215-5166
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Oct 12, 2016
                              Form ID: pdf900         Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13146490         +E-mail/Text: BKRMailOps@weltman.com Oct 13 2016 02:31:02      Weltman Weinberg & Reis Co.,
                  PO Box 5430,    Cleveland, OH 44101-0430
                                                                                               TOTAL: 17

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Beal Bank S.S.B.
cr*              ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                   Arlington, TX   76096)
13146456*        ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit,    PO Box 78143,    Phoenix, AZ   85062)
13146457*        ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit Financial Services,   PO Box 183853,
                   Arlington, TX   76096)
13231143*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13231144*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13146459*        +Beal Bank,    7195 Dallas Parkway,    Plano, TX 75024-4922
14289518*         Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
13146486*        +U. S. Trustee's Office,    1001 Liberty Ave.,    Liberty Center,    Suite 970,
                  Pittsburgh, PA 15222-3721
13146465         ##+Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13146474         ##+Nationwide Credit Inc.,    2002 Summit Blvd. Suite 600,    Atlanta, GA 30319-1559
13146484         ##+The Bureaus Inc.,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                          TOTALS: 1, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Beal Bank S.S.B. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dennis M. Sloan    on behalf of Debtor Dalton P. Weyand, Jr. sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              Joshua I. Goldman    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```