# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dalton P. Weyand<br>  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-24394 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Beal Bank S.S.B., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9417

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          jwarmbrodt@kmllawgroup.com
                          Attorney I.D. No. 42524
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          Phone: 215-825-6306
                          Fax: 215-825-6406
                          Attorney for Movant/Applicant